UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-cr- |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | VIOLATION: |
| CHRISTOPHER SOUTHERLAND, | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| DEFENDANT. | : | |
| | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C), |
| | : | 28 U.S.C. § 2461(c) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From in or about January 2023 through in or about May 2023, within the District of Columbia, **CHRISTOPHER SOUTHERLAND**, willfully and knowingly embezzled, stole, and converted to his own use cellular telephones, of a value exceeding $1000, which were goods and property of the United States, namely the United States House of Representatives.

**(Theft of Government Property, in violation of 18 U.S.C. § 641)**

1

## NOTICE OF FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count One of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

## MONEY JUDGMENT

In the event of conviction, the United States will seek a money judgment.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

JEANINE FERRIS PIRRO  
UNITED STATES ATTORNEY

By: _____  
Gauri Gopal  
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL:

FOREPERSON.