UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case: 1:25-cr-00379 |
| | Assigned To: Judge Moss, Randolph D. |
| v. | Assign Date: 12/4/2025 |
| | Description: INDICTMENT (B) |
| CHRISTOPHER SOUTHERLAND, | **UNDER SEAL** |
| Defendant. | |

## ORDER

Based on the representations in the government's Motion to Seal and Delay Entry on the Public Docket of the Indictment Documents, this Court makes the following:

## FINDINGS OF FACT

Public disclosure of the existence of the Indictment and Arrest Warrant at this time may alert the defendant not yet arrested in this matter that he is under investigation. This may cause the defendant to flee or otherwise hamper law enforcement efforts to take him into custody, such as by arming himself to thwart arrest, which presents a danger to law enforcement and nearby civilians. Premature disclosure prior to effectuating arrest may also lead the defendant to obstruct, destroy, or move evidence or intimidate witnesses relevant to the charged conduct.

Based on the representations in the government's motion, Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Indictment and accompanying Arrest Warrant as to the un-arrested defendant and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that this Order and the government's Motion to Seal and Delay Entry on the Public Docket of the Indictment Documents have been filed with the Criminal Clerk's office.

Based on the above, it is this 4th day of December, 2025,

3

**ORDERED** that the Indictment, accompanying Arrest Warrant, the government Motion to Seal and Delay Entry on the Public Docket of the Indictment Documents, and this Order (collectively, the "Indictment Documents") shall be filed under seal in the Criminal Clerk's office, but shall become unsealed automatically upon the defendant's arrest, whereupon the government is directed to notify Chambers and the Clerk's Office of the arrest;

Further **ORDERED** that, until unsealed, the Criminal Clerk's office shall not make any entry on the public docket in this case of the Indictment Documents; and

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the government shall be permitted to disclose the Indictment Documents in furtherance of its law enforcement needs and discovery obligations.

Date: December 4, 2025

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge

cc.  JACOB M. GREEN
     Assistant United States Attorney
     United States Attorney's Office
     601 D Street, N.W.
     Washington, D.C. 20530
     Jacob.green3@usdoj.gov